In the Matter of the Accounting of JULIA JEDVABNIKS et al., as Administrators of the Estate of ABRAMS JEDVABNIKS, Deceased, Respondents. FRANCES GRUNER, Appellant.— Giving appellant the benefit of all excluded evidence,

no convincing case was made out of any indebtedness owed to appellant by decedent at the time of his death. Decree, so far as appealed from, unanimously affirmed, with costs. Order, so far as appealed from, having become academic by virtue of the above decision of this court, decided herewith, is dismissed. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See *post,* p. 1030.]